**IT IS ORDERED as set forth below:**

Date: September 11, 2009

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| KENNETH LEWIS WILLIAMS, SR., ) | CASE NO.  08-81800-JEM |
| ) | |
| Debtor. ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - -  ) | - - - - - - - - - - - - - - - - - - - - - - - - - |
| U.S. BANK, N.A., ) | |
| ) | |
| Movant, ) | |
| ) | CONTESTED MATTER |
| vs. ) | |
| ) | |
| KENNETH LEWIS WILLIAMS, SR., Debtor, ) | |
| NANCY J. WHALEY, Trustee, ) | |
| ) | |
| Respondents. ) | |

**CONSENT ORDER**

This matter comes before the Court on the Motion for Relief from Automatic Stay filed by U.S. Bank, N.A., its successors and assigns, on May 19, 2009 and having been scheduled for a hearing on June 17, 2009, and the parties herein having reached an agreement.

*M&C File No.08-29605*

The parties herein are in agreement that the post petition mortgage arrearage owed to Movant as of June 17, 2009 is $4,416.96. This figure is comprised of the March 2009 and April 2009 payments at $883.50, the May 2009 and June 2009 payments at $882.72, the March 2009 and April 2009 late charges at $35.34, the May 2009 and June 2009 late charges at $35.31 and attorney fees and costs of $800.00 less a suspense balance of $56.78. The Debtor will be required to make a payment in the amount of $1,800.00 to Movant in certified funds on or before June 17, 2009 necessary to reduce the arrearage to $2,616.96 (Movant acknowledges receipt of funds). Movant will amend its Proof of Claim in the amount of $800.00 for reasonable attorney`s fees and costs. The Debtor will be required to cure the remaining arrearage of $1,816.96 by making payments to Movant in the amount of $302.83 for the next six (6) consecutive months, to be tendered on or before the 15th day of each month beginning in July, 2009.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The Debtor shall be required, beginning in July, 2009 to pay to Movant all future monthly mortgage payments when due. These mortgage payments as well as the payments necessary to cure the post petition mortgage arrearage shall be governed by a Strict Compliance Clause as outlined herein below and said Clause shall remain in effect for a period of nine (9) months beginning in July, 2009. Upon failure by the Debtor to make any of these payments to Movant when due, the Automatic Stay may be terminated as to Movant's secured property subject to the following conditions and allow Movant to proceed to foreclose or otherwise dispose of or take action including exercising our state law remedies including, but not limited to, dispossessory proceedings, or to take any action which is necessary in order for Movant to recover upon its secured claim to the property.

Upon failure by the Debtor to tender to Movant the above-stated funds as provided herein, and upon notice of default sent by first class mail to Debtor and Debtor`s attorney and failure by Debtor to cure such default within 10 days of the date of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor`s attorney, and the Court may enter the order terminating the automatic stay without further notice or hearing. Any excess proceeds derived from a foreclosure sale by Movant shall be remitted to the Chapter 13 Trustee. At its option, Movant may contact the Debtor via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. The entry of this order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.

**[END OF DOCUMENT]**

*M&C File No.08-29605*

CONSENTED TO BY:

   /s/ Laura Grifka
Laura Grifka
Georgia Bar No.: 312055
McCurdy & Candler, L.L.C.
250 East Ponce De Leon Avenue,
Suite 600
Decatur, GA 30030
(404) 373-1612 Telephone
(404) 370-7237 Facsimile
lgrifka@mccurdycandler.com
ATTORNEYS FOR MOVANT

   /s/ Ryan Finch
Ryan Finch, with Express Permission
King & King, P.C.
215 Pryor Street, SW
Atlanta, GA 30303
404-524-6400 Telephone
404-524-6425 Facsimile
Georgia Bar No.: 810008
ATTORNEY FOR DEBTOR

NO OPPOSITION:

   /s/ Eric Roach
Eric Roach, with Express Permission
Attorney for Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303
(678) 992-1201 Telephone
(678) 992-1202 Facsimile
Georgia Bar No.: 143194

*M&C File No.08-29605*

DISTRIBUTION LIST

Kenneth Lewis Williams, Sr.
3500 Oak Leaf Court
Rex, GA 30273

Ryan Finch
King & King, P.C.
215 Pryor Street, SW
Atlanta, GA 30303

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Laura Grifka
McCurdy & Candler, LLC
250 E. Ponce De Leon Avenue
Suite 600
Decatur, GA 30030

*M&C File No.08-29605*