**IT IS ORDERED as set forth below:**

Date: January 13, 2010

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| KENNETH LEWIS WILLIAMS, SR., | ) CASE NO. 08-81800-JEM |
| | ) |
| Debtor. | ) |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) - - - - - - - - - - - - - - - - - - - - - - - - - |
| U.S. BANK, N.A., | ) |
| | ) |
| Movant, | ) CONTESTED MATTER |
| vs. | ) |
| KENNETH LEWIS WILLIAMS, SR., Debtor, | ) |
| NANCY J. WHALEY, Trustee, | ) |
| | ) |
| Respondents. | ) |

### ORDER LIFTING AUTOMATIC STAY

A Motion and an Affidavit of Default was filed by U.S. Bank, N.A. with this Court averring that Debtor has breached the terms of a Consent Order entered by this Court on September 14, 2009, pursuant to a Motion for Relief from Automatic Stay filed by Movant on May 19, 2009,

M&C File No.08-29605

regarding secured property known as 3500 Oak Leaf Court, Rex, Clayton County, Georgia, (the "Property"); good cause having been shown, it is hereby

ORDERED that the Automatic Stay of 11 U.S.C. §362 is LIFTED to allow U.S. Bank, N.A., its successors or assigns, to proceed with its state law remedies and to foreclose or otherwise dispose of the Property, to take possession of the Property, or to take action against said Property as necessary in order for the Movant to recover upon its secured claim to the Property. The 14 day Stay pursuant to Bankruptcy Rule 4001(a)(3) is waived. At its option, Movant may contact the Debtor by telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. The entry of this order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification. Any proceeds remaining after application to Movant's lawful debt and costs from foreclosure shall be remitted by Movant promptly to the Chapter 13 Trustee. The Trustee may cease disbursements to Movant on its Proof of Claim.

## END OF ORDER

Prepared and Submitted by:

　/s/ Christie Hennings　　　
Christie Hennings
Georgia Bar No.: 298655
McCurdy & Candler, L.L.C.
250 East Ponce De Leon Avenue,
Suite 600
Decatur, GA 30030
(404) 373-1612  Telephone
(404) 370-7237 Facsimile
chennings@mccurdycandler.com
ATTORNEYS FOR MOVANT

*M&C File No.08-29605*

## DISTRIBUTION LIST

Kenneth Lewis Williams, Sr.
3500 Oak Leaf Court
Rex, GA 30273

Marsha D. King
King & King, P.C.
215 Pryor Street, SW
Atlanta, GA 30303

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Christie Hennings
McCurdy & Candler, LLC
250 E. Ponce De Leon Avenue
Suite 600
Decatur, GA 30030

*M&C File No.08-29605*